IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA GEORGIA

| | |
|---|---|
| KIM EZEKIEL, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No.: 7:08-cv-127 (HL) |
| : | |
| TIFT COUNTY SCHOOL DISTRICT, : | |
| PATRICK ATWATER, INDIVIDUALLY, : | |
| AND IN HIS OFFICIAL CAPACITY : | |
| AS SUPERINTENDENT FOR THE : | |
| TIFT COUNTY SCHOOL DISTRICT, : | |

## ORDER

This matter is before the Court on Plaintiff's Motion to Extend Page Limitation (Doc. 28) (the "Motion"). In the Motion, the Plaintiff asks for an additional ten pages in which to respond to Defendant's Motion for Summary Judgment. The Court will grant Plaintiff an additional five pages for its response to the Motion for Summary Judgment.

SO ORDERED, this the 6th day of January, 2010.

*s/ Hugh Lawson*
HUGH LAWSON, Senior Judge

jch